DOROTHY GRIMM and Another, Respondents, v. INTERNATIONAL RAILWAY

COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers by September thirtieth and at same time serve typewritten copy of brief.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.